UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES DEAL #363863 | CIVIL ACTION NO. 19-cv-0059 |
| VERSUS | JUDGE FOOTE |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that all claims against Lt. Carter are dismissed with prejudice for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 6th day of December, 2019.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE