UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES DEAL #363863 | CIVIL ACTION NO. 19-cv-0059 |
| VERSUS | JUDGE FOOTE |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the motions for summary judgment (Docs. 33, 35 & 41) by the eight remaining defendants—Sheriff Ken Bailey, Debbie McBeth, Brenda Acklin, Vincent Coleman, Jerry Goodwin, Sally Gryder, Angie Huff, and James LeBlanc—are granted and all of Plaintiff's remaining claims are dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of August, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE